UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Barber</u>

      v.                                           Civil No. 14-cv-98-JL

<u>NH State Prison, Warden</u>

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation (document no. 67) of Magistrate Judge Andrea K. Johnstone dated July 15, 2015. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                      _____
                                                      Joseph N. Laplante
                                                      Chief Judge

Date: August 7, 2015

cc:    John Barber, pro se
       Francis Charles Fredericks, Esq.