```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

John Barber

   v.                                              Civil No. 14-cv-98-JL

David Biondi


O R D E R

The copy of the Report and Recommendation (doc. no. 75) mailed to plaintiff at his address on file with the court on December 1, 2015, was returned to the court on December 14, 2015 (see doc. no. 76).  The rules (LR 83.6(e)) require the plaintiff to notify the court of any change of address.  Since the court had not received any such notification, the clerk called the N.H. State Prison seeking a new address.  The prison informed the court that the plaintiff was released with no post-release conditions, therefore, he was not required to file a new address.

Accordingly, as no objection was filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 1, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: January 7, 2016

cc: John Barber, pro se
      Francis Charles Fredericks, Esq.