UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


John Barber

                    v.                                        Civil No. 14-cv-98-JL

NH State Prison, Warden, et al.



**J U D G M E N T**


In accordance with the Orders dated September 23, 2014, August 7, 2015 and January 7,

2016, by Chief Judge Joseph N. Laplante, approving Report and Recommendations by

Magistrate Judge Andrea K. Johnstone dated July 15, 2015, July 16, 2015, and December 1,

2015, and the Order by Chief Judge Joseph N. Laplante dated May 6, 2015, approving the

Stipulation of Dismissal filed by the parties on May 5, 2015, judgment is hereby entered.


                              By the Court,


                               /s/Pamela E. Phelan
                              Pamela E. Phelan
                              Chief Deputy Clerk


Date: January 26, 2016

cc:    John Barber, pro se
       Francis Charles Fredericks, Esq.